CHRISTOPHER ALLAN WERY,

        Plaintiff,

    v.

                                       Case No. 26-cv-_____

ERIC GENRICH and CITY OF GREEN BAY,

        Defendants.

## DEFENDANTS' NOTICE OF REMOVAL

TO:    Plaintiff, Christopher Allan Wery
       c/o Attorney Kevin M. Scott
       The Law Office of Kevin M. Scott LLC
       2665 S. Moorland Road, Suite 200
       New Berlin, WI  53151

PLEASE TAKE NOTICE that Defendants Eric Genrich and City of Green Bay, by their undersigned attorneys, petition for removal of the above-entitled action and state as follows:

1.     On March 2, 2026, Plaintiff Christopher Allan Wery filed a Complaint in Brown County Case No. 2026CV000347, in the Circuit Court, Brown County, State of Wisconsin against Defendants Eric Genrich and City of Green Bay.

2.     Attached as <u>Exhibit 1</u> is a true and correct copy of the Summons and Complaint filed in Brown County Case No. 2026CV000347.

3.     Plaintiff served Defendants with the Summons and Complaint in Brown County Case No. 2026CV000347on April 24, 2026.

4.     The law firm of Axley LLP, by Attorney Lori M. Lubinsky, has been retained to represent the Defendants in all proceedings relating to Brown County Case No. 2026CV000347.

5. In the Complaint now pending in Brown County Case No. 2026CV000347, Plaintiff asserts four claims for relief, two of which arise under the United States Constitution. More specifically, Counts III and IV in the Complaint assert claims under the Fourth Amendment of the United States Constitution. Plaintiff's Complaint asserts related state claims for violation of Wis. Stat. § 968.31 Wis. Stat. § 995.50.

6. As a result of the allegations in the Complaint, Brown County Case No. 2026CV000347 is a civil action in which the United States District Court for the Eastern District of Wisconsin has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331, in that federal question jurisdiction exists because Plaintiff's Complaint asserts a claim under the laws of the United States.

7. Removal of this action is timely in that less than thirty (30) days have passed since Defendants received a copy of the Complaint first asserting a claim subject to removal. *See* 28 U.S.C. § 1446(b).

8. All Defendants consent to the removal of this action from Brown County to the United States District Court for the Western District of Wisconsin.

9. By copy of this Notice, Defendants have given notice to Plaintiff and will promptly file a copy of this Notice of the Removal with the Clerk of Circuit Court for Brown County as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendants Eric Genrich and City of Green Bay respectfully request that Brown County Case No. 2026CV000347 be removed from the Circuit Court, Brown County, State of Wisconsin to the United States District Court for the Eastern District of Wisconsin, for trial and determination.

Dated this 20th day of May, 2026.

s/ Lori M. Lubinsky
Lori M. Lubinsky, SBN: 1027575
Attorneys for Defendants
AXLEY LLP
P.O. Box 1767
Madison, WI 53701-1767
Telephone: (608) 257-5661
llubinsky@axley.com

3